

IN THE
TENTH COURT OF APPEALS

No. 10-16-00299-CV

IN THE INTEREST OF E.O., A CHILD

From the 85th District Court
Brazos County, Texas
Trial Court No. 15-001044-CV-85

MEMORANDUM OPINION

Luis Gallegos appealed the trial court's order terminating Gallegos's parental rights to E.O., a child. Gallegos has now filed a motion to dismiss his appeal. Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (Waco) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the

Clerk to write off all unpaid filing fees in this case.  Tᴇx. R. Aᴘᴘ. P. 2.  The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 2, 2016
[CV06]

